**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PHILLIP WILLYARD**                                                                                         **PLAINTIFF**
**ADC #152418**

**V.**                            **CASE NO. 4:16-CV-742 SWW-BD**

**POPE COUNTY; DAVID GIBBONS, Prosecutor,**
**Pope County; JAMES DUNHAM, Public Defender,**
**Pope County; DENNIS SUTTERFIELD, Judge,**
**Pope County Circuit Court**                                                                                **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 9th day of January 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE